IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AGORA SYNDICATE, INC. | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-193 |
| | § | |
| | § | |
| AMFELS, INC. | § | |
| Defendant | § | |

### AGREED ORDER SETTING ASIDE ORDER GRANTING AMFEL'S MOTION FOR SUMMARY JUDGMENT AND DENYING AGORA'S MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED, that the Court was presented with this AGREED ORDER SETTING ASIDE ORDER GRANTING AMFEL'S MOTION FOR SUMMARY JUDGMENT AND DENYING AGORA'S MOTION FOR SUMMARY JUDGMENT and it having been stipulated that this cause should be dismissed pursuant to a settlement between the parties and a contemporaneously filed stipulation of dismissal and the Court having the jurisdiction to set aside the order granting and denying the motions for summary judgment under Rule 59, F.R.C.P.;

Accordingly, it is ORDERED, ADJUDGED and DECREED, that the Court's Order of March 31, 1999, is hereby VACATED AND SET ASIDE and this cause is dismissed with prejudice as to any and all claims of the parties, each party to bear its own costs of court.

DONE this the _16th_ day of April, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

Respectfully submitted,

McLEAN & SANDERS, P.C.
100 Main Street
Fort Worth, Texas 76102
Telephone      :      (817) 338-1700
Facsimile      :      (817) 339-2463
                     (817) 870-2265

*(signature)*

Richard H. Gately
State Bar No. 07752500

Attorneys for Plaintiff, Agora Syndicate, Inc.


ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone      :      (956)542-5666
Facsimile      :      (956)542-0016

*(signature)*

Jeffrey D. Roerig
State Bar No. 17161700

Attorneys for Defendant, Amfels, Inc.